5244.04
RJH

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| COLD STEEL, INC. | ) | CASE NO. 2:13-cv-00141 |
| | ) | |
| Plaintiff | ) | |
| | ) | JUDGE JOY FLOWERS CONTI |
| v. | ) | |
| | ) | |
| RTZ DISTRIBUTION, LLC | ) | |
| d/b/a Hallmark Cutlery | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF DISMISSAL

The Plaintiff and the Defendant have resolved this matter. Accordingly, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the Plaintiff hereby dismisses the above-captioned action with prejudice since the settlement between the parties satisfactorily resolves the Plaintiff's dispute with the Defendant. Costs and fees shall be assessed against the party incurring them.

Dated: February 22, 2013					Respectfully submitted,


							/s/Christopher P. Lacich
							Roth, Blair, Roberts, Strasfeld & Lodge, L.P.A.
							100 East Federal Street, Suite 600
							Youngstown, Ohio 44503
							Telephone:	(330) 744-5211
							Facsimile:	(330) 744-3184
							Email:		clacich@roth-blair.com

							Attorney for Plaintiff